UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BOUTIN and JOHN BOUTIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1-100, Inclusive,<br><br>    Defendants | CASE NO. 10-CV-0729-JM-CAB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS STRYKER CORPORATION AND STRYKER SALES CORPORATION'S RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>Doc. No. 5 |

Pending before the court is the parties' joint motion to for an extension of time to file a response to the complaint. (Doc. No. 5). Finding good cause, the court hereby GRANTS the motion. Defendants STRYKER CORPORATION and STRYKER SALES CORPORATION shall have until May 25, 2010 to file its response to Plaintiffs' complaint.

**IT IS SO ORDERED.**

DATED: May _10, 2010

_____
JEFFREY T. MILLER
United States District Judge

1